**The Porter Law Offices, P.C.**
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE: (928) 537-2917

G. TERRIS PORTER - #003493
Attorneys for
    Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In Re: ) In Proceedings Under Chapter 13
)
RALPH ARBOGAST and RAE ) Case No. 08-11470
ARBOGAST, )
) **STIPULATED ORDER CONFIRMING**
) **CHAPTER 13 PLAN AND MORATORIUM**
        Debtors. )
)

    The Debtors, having filed a Chapter 13 Plan, and such Plan having been transmitted to all creditors; and

    IT HAVING BEEN DETERMINED AFTER HEARING ON NOTICE THAT:

    1.   The Plan has been proposed and its acceptance procured in good faith and not by any means, promises, or acts forbidden by law.

    2.   The Plan is for the best interest of the creditors and is feasible taking into account the statement filed by the Debtors.

    3.   The Debtors have not been guilty of any of the acts or failed to perform any of the duties, which would be a bar to the discharge of a bankruptcy.

    4.   The Plan has been accepted or may be deemed accepted by the creditors whose acceptance is required by law;

5.  The provisions of Chapter 13 of the Code have been complied with.

6.  The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would have been paid on such a claim if the Estate of the Debtors was liquidated under Chapter 7 of the Bankruptcy Code on such date.

7.  Debtors have complied with the Trustee's Recommendaions and the order of this Court.

NOW THEREFORE, IT IS ORDERED:

1.  Russell Brown, P.O. Box 33970, Phoenix, Arizona 85067-3970, is appointed Trustee.

2.  The Debtors shall pay $297.89 per month for months 1-2 ~~1-6~~, *3-5 > $0.00, 6-57 > $297.89* and ~~$323.51~~ *(+$595.78)* per month for months ~~58~~-60. Each payment is due to the Trustee on the 28th day of each month. The Debtors are instructed to remit all Plan payments on or before the monthly due date. When plan payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the plan term. Any funding shortfall must be cured before a discharge is entered. This requirement applies regardless of plan payment suspensions, waivers or moratoriums.

3.  The Trustee shall disburse such funds in accordance with the Plan, Chapter 13 and Orders of the Court.

4.  The Trustee shall receive such percentage fee of the

2

plan payments as may periodically fixed by the Attorney General pursuant to 28 U.S.C. § 586(e), but not to exceed 10%.

5. Attorney's fees to be paid through the plan will be $3,000.00.

6. The plan and this order shall not constitute an informal proof of claim for any creditor.

7. The Debtors are required to provide, directly to the Trustee within 30 days after the returns are filed, a copy of the federal and state income tax returns for years 2007, 2008 and 2009 and turn over any refunds as supplemental plan payments.

8. In no even will the duration of the plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

9. Countrywide Home Loans will be paid the arrearage amount of $4,774.68 through Debtors' Chapter 13 Plan with the current post-petition payments to be paid outside the Plan.

10. Dell Financial Services will be paid the secured amount of $200 through Debtors' Chapter 13 Plan pursuant to its Proof of Claim filed.

11. Treatment of the debt to White Mountain Pawn has been converted to an unsecured debt and a motion to delete treatment through Debtors' Chapter 13 Plan has been filed.

12. Debtors' Motion for Moratorium is granted for the

The Porter Law Offices, P.C.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-2917



 1  months of **November** 2008 and **December** and **January** 2009 with plan
 2  payments to be resumed February 28, 2009 and Debtors' plan
 3  payments to be doubled for months 58, 59, and 60.
 4     13.  Unsecured creditors will be paid $10,072.78 through
 5  Debtors' Chapter 13 Plan.

                                    _____
                                    United States Bankruptcy Judge

THE FOREGOING APPROVED AS
TO FORM AND CONTENT BY:

*Russell Brown* 7/20/2009
Russell Brown, Trustee
P.O. Box 33970
Phoenix, AZ 85067-3970

_____
G. Terris Porter
The Porter Law Offices, P.C.
1052 E. Deuce of Clubs
Show Low, AZ 85901

4