**The Porter Law Offices, P.C.**
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE: (928) 537-2917

G. TERRIS PORTER - #003493

Attorneys for

Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re )
 )
RALPH ARBOGAST and RAE ) CHAPTER 13
ARBOGAST, )
 ) CASE NO. 08-11470
 ) **RESPONSE TO MOTION TO LIFT THE**
Debtor(s). ) **AUTOMATIC STAY FILED BY BAC HOME**
 ) **LOAN SERVICING, L.P.**
 )
_____)

Debtors Ralph and Rae Arbogast, by and through undersigned counsel, hereby respond to BAC Home Loan Servicing, L.P.'s Motion to Lift the Automatic Stay as follows:

Debtors believe they can catch up the post-petition payments due within a reasonable amount of time and request that the Court deny stay relief.

DATED this 12th day of November, 2009.

THE PORTER LAW OFFICES, P.C.

By /s/ G. Terris Porter
G. Terris Porter
1052 East Deuce of Clubs
Show Low, Arizona 85901
(928) 537-2917
Attorney for Debtors

**COPIES of the foregoing
mailed this 12th day of
November, 2009, to:**

1. Tiffany & Bosco, PA
   2525 E. Camelback Rd., 3rd Fl.
2. Phoenix, AZ 85016

3. Russell Brown, Trustee
   P.O. Box 33970
4. Phoenix, AZ 85067

5. /s/J. Holloway

The Porter Law Offices, P.C.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-2917