# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RALPH & RAE ARBOGAST | | |
| **Case Number:** | 2:08-BK-11470-CGC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 08, 2009 02:30 PM  6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## Matter:

MOTION FOR RELIEF FROM STAY REL REAL PROPERTY, 2700 S. WHITE MOUNTAIN RD.,, SHOW LOW, AZ 85901 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.

**R / M #:**  35 / 0

## Appearances:

G. TERRIS PORTER, ATTORNEY FOR RAE ARBOGAST, RALPH ARBOGAST
LEONARD MCDONALD, ATTORNEY FOR BAC HOME LOANS SERVICING

## Proceedings:

Mr. McDonald advises there is no trustee sale pending and ask for relief from stay. He advises the past due amount is $13282.95 that includes $800.00 in fees and $150 in costs.

Mr. Porter advises debtors can make the back payments in the next 30 days.

COURT: IT IS ORDERED CONTINUING THE MOTION FOR RELIEF FROM STAY TO JANUARY 7, 2010 AT 1:30 P.M. AND MR. MCDONALD IS TO SEND A REINSTATEMENT AMOUNT TO MR. PORTER.