# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | RALPH & RAE ARBOGAST | | |
| Case Number: | 2:08-BK-11470-CGC | Chapter: | 13 |
| Date / Time / Room: | THURSDAY, JANUARY 07, 2010 01:30 PM  6TH FLOOR #601 | | |
| Bankruptcy Judge: | CHARLES G. CASE II | | |
| Courtroom Clerk: | RHONDA VAUGHAN | | |
| Reporter / ECR: | MARCO GARCIA | | |

## Matter:

CONTINUED MOTION FOR RELIEF FROM STAY REL REAL PROPERTY, 2700 S. WHITE MOUNTAIN RD.,, SHOW LOW, AZ 85901 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.

R / M #: 35 / 0

## Appearances:

G. TERRIS PORTER, ATTORNEY FOR RAE ARBOGAST, RALPH ARBOGAST
WILLIAM FISHBACH, ATTORNEY FOR BAC HOME LOANS

## Proceedings:

Mr. Fishbach advises a 6 month cure was sent and not returned; at this time he requests stay relief or permission to lodge the 6 month stipulation with the Court.

COURT: IT IS ORDERED ENTERING A 6 MONTH CURE ORDER; FAILURE TO COMPLY WITH THE CURE PAYMENTS WILL BE CAUSE TO LIFT THE AUTOMATIC STAY.